Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE: LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE AMSTGERICHT WUZBURG, GERMANY IN THE MATTER OF MICHAEL C. WATFORD | MISC. NO. MC-08-5050 <br><br> **ORDER ON MOTION FOR ORDER TO SHOW CAUSE** |

ORDER TO SHOW CAUSE

Upon the Motion for Order to Show Cause of the United States, by and through its undersigned counsel, it is hereby:

ORDERED that Michael C. Watford appear before this Court at Tacoma, Washington, on the **13th day of November, 2008, at 9:00 a.m.**, to show cause why he should not be compelled to obey the Request for International Judicial Assistance issued by the Court of Amtsgericht Wuzburg, Federal Republic of Germany.

It is further:

ORDERED that a copy of this Order together with the Motion for Order to Show Cause and Request for International Judicial Assistance be personally served on Michael C. Watford at least five (5) days before the hearing.

///

///

[PROPOSED ORDER ON]
MOTION FOR ORDER TO SHOW CAUSE
Page - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101-1271
(206) 553-7970

DATED this 1st day of October, 2008.

          */s/ J. Kelley Arnold*
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

JEFFREY C. SULLIVAN
United States Attorney

s/ *J. Michael Diaz*
J. MICHAEL DIAZ, WSBA #38100
Assistant United States Attorney

[PROPOSED ORDER ON]
MOTION FOR ORDER TO SHOW CAUSE
Page - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101-1271
(206) 553-7970